**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 DEC 23 PM 1: 10

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 05-20456-M1 |
| CHRISTOPHER HAWKINS | ) | |
| Defendant. | ) | |

---

### ORDER ON CHANGE OF PLEA

---

This cause came to be heard on December 22, 2005, the United States Attorney for this district, Tony Arvin for Thomas Colthurst, appearing for the Government and the defendant, Christopher Hawkins, appearing in person and with counsel, Lorna McClusky, who represented the defendant.

With leave of the Court, the defendant waived Indictment and entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MARCH 21, 2006, at 8:45 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is released on his own recognizance.

**ENTERED** this the _23_ day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20456 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT